# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BOWMAN, | : | CIVIL NO. 3:17-cv-1362 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

AND NOW, to wit, this 30th day of November 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. 4) is DISMISSED without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to NOTIFY the Petitioner.

3. The Clerk of Court is further directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**